**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DUSTIN M. LAMB**                                                                          **PLAINTIFF**

**v.**                                           **CASE NO. 4:20-CV-426 BSM**

**WAYNE R. DETRA,** *et al.*                                                        **DEFENDANTS**

## ORDER

The parties' joint motion to consolidate [Doc. No. 7] is granted, and this case is

consolidated with *Goodhart v. Visser Trucking, LLC,* et al.*,* Case No. 4:20-CV-455 LPR,

currently pending before Judge Lee P. Rudofsky.  *See* Fed. R. Civ. P. 42.  The clerk is

directed to reassign this case to Judge Rudofsky.

IT IS SO ORDERED this 3rd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE